KAREN STOLZBERG, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, Oregon 97280
Telephone: (503) 251-0707
Fax: (844) 895-7503
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACK W., | Civil No. 3:19-cv-00507-CL |
|       Plaintiff, | |
| vs. | **ORDER REGARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| **COMMISSIONER,** Social Security Administration, | |
|       Defendant. | |

Pursuant to 42 U.S.C. 406(b), plaintiff's attorney is awarded attorney fees in the amount of $39,972.42 for her work in prosecuting the above referenced matter.

The agency is hereby directed to send fees in the amount of $39,972.42, less the appropriate processing charge, to plaintiff's attorney at:

PO Box 19699
Portland, OR 97280

IT SO ORDERED.

Dated 8/12/21

_____
MARK D. CLARKE
United States Magistrate Judge

Order for Attorney Fees Under 42 USC 406(B)
Page 1